**THE LAW OFFICE** *of* **CHRISTOPHER Q. DAVIS**

**WORKING SOLUTIONS NYC**

February 7, 2018

**VIA ECF**

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 505 North
Brooklyn, New York 11201

    Re:    *Villegas et al v. Cablevision Systems New York City Corp., et al*;
              Case No. 1:17-cv-05824-DLI-VMS

Dear Judge Scanlon:

I write pursuant to Your Honor's Order, Dkt. No. 46, dated February 7, 2018, to inform the Court as to why Plaintiffs' counsel failed to appear at the Initial Conference held before Your Honor on Wednesday, February 7, 2018. I had erroneously calendared the appearance for tomorrow, February 8, 2018. I was responsible for this mistake and I assure the Court that it will not happen again. I am deeply sorry for this. I have contacted opposing counsel offering to reimburse Defendants for the fees associated with their counsels' appearance this afternoon, which they have graciously declined since the conference went ahead in our absence.

                  Sincerely,

                  Counsel for Plaintiffs
                  /s/
                  Rachel M. Haskell, Esq.
                  The Law Office of Christopher Q. Davis
                  225 Broadway Suite 1803
                  New York, New York 10007
                  646-430-7930 (main)
                  646-349-2504 (fax)