**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JURTREAU VILLEGAS, PATRICK SCHIANO and WILLIAM GILBERT GARVIN, | Civil Action No. 17-cv-5824 |
| Plaintiffs, | **RULE 7.1 STATEMENT** |
| vs. | |
| CABLEVISION SYSTEMS NEW YORK CITY CORPORATION, CABLEVISION SYSTEMS CORPORATION, CSC HOLDINGS, LLC, ALTICE USA, INC., and ALTICE TECHNICAL SERVICES US CORP., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1, Defendants hereby disclose the following:

1. Defendant Cablevision Systems New York City Corporation is a subsidiary of CSC Holdings, LLC.

2. Defendant CSC Holdings, LLC is a subsidiary of Cablevision Systems Corporation.

3. Defendant Cablevision Systems Corporation is (a) directly owned by Altice USA, Inc., a Delaware corporation which is publicly traded on the New York Stock Exchange and (b) indirectly owned by Altice N.V., a Netherlands public company. No public company other than Altice USA, Inc. and Altice N.V. directly or indirectly owns 10% or more of Cablevision Systems Corporation.

4. Defendant Altice USA, Inc. is a d/b/a of Neptune Holdings US Corp., which is a subsidiary of CVC 3 B.V., a Netherlands corporation that is a subsidiary of Altice N.V.

5. Defendant Altice Technical Services US Corp. is a subsidiary of Altice N.V.

6. Other than as set forth above, no publicly held corporation owns more than 10% of any Defendant's stock.

| | |
|---|---|
| Dated: New York, New York<br>December 4, 2017 | Respectfully submitted,<br><br>SEYFARTH SHAW LLP<br><br>By: s/ *Robert S. Whitman*<br>Robert S. Whitman, Esq.<br>Joshua D. Seidman, Esq.<br>Needhy Shah, Esq.<br>rwhitman@seyfarth.com<br>jseidman@seyfarth.com<br>neshah@seyfarth.com<br>620 Eighth Avenue<br>New York, New York  10018<br>Telephone:  (212) 218-5500<br>Facsimile:  (212) 218-5526<br><br>*Attorneys for Defendants* |

2