# SEYFARTH SHAW LLP

620 Eighth Avenue

New York, New York 10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone
(212) 218-4647

Writer's e-mail
jseidman@seyfarth.com

September 20, 2018

<u>VIA ECF</u>

The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201

    Re:    *Villegas v. Cablevision Systems New York City Corporation,*
             <u>No. 17-CV-5824 (DLI)(VMS)</u>

Dear Judge Scanlon:

    We write jointly with Plaintiffs' Counsel to respectfully request an extension of Plaintiffs' deadline to file their unopposed motion for preliminary approval of the settlement and provisional certification of the settlement class. This deadline was originally set for August 17, 2018. The Parties apologize for the delay in submitting this request, which was caused by the Jewish holiday on September 19, 2018.

    While the Parties' settlement agreement and Plaintiffs' corresponding unopposed motion are nearly finalized, we nonetheless need some additional time to work through one remaining detail, at which point the parties will be prepared to have the agreement executed. This is the Parties' third request for an extension of this deadline, and no other deadlines would be affected. The Parties' prior requests for an extension of this deadline were granted by the Court.

    We propose the following suggested dates as the new deadline for Plaintiffs to file their unopposed motion for preliminary approval of the settlement and provisional certification of the settlement class: October 5, 2018, October 10, 2018 or October 12, 2018.

    On behalf of all parties, we thank the Court for its consideration.

Respectfully submitted,

/s/
Joshua D. Seidman, Esq.

/s/
Rachel M. Haskell, Esq.