UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JURTREAU VILLEGAS, PATRICK SCHIANO and WILLIAM GILBERT GARVIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>CABLEVISION SYSTEMS NEW YORK CITY CORPORATION, CABLEVISION SYSTEMS CORPORATION, CSC HOLDINGS, LLC, ALTICE USA, INC., and ALTICE TECHNICAL SERVICES US CORP.,<br><br>Defendants. | Case No.: 17-cv-05824-DLI-VMS<br><br>**NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AGREEMENT** |

PLEASE TAKE NOTICE that, based upon the accompanying Memorandum of Law in Support of Plaintiffs Unopposed Motion for Preliminary Approval of the Class Settlement, the Declaration of Christopher Q. Davis submitted herewith, and all the pleadings and proceedings heretofore had herein, the undersigned respectfully move this Court, before the Honorable Vera M. Scanlon, United States District Judge, in the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for an order:

(1) preliminary approving the settlement reached by the parties in this action as embodied in their Settlement Agreement (the "Settlement" or the "Settlement Agreement") submitted herewith;

(2) provisionally certifying the following settlement classes under Federal Rule of Civil Procedure 23 in connection with the settlement process:

      (a) all persons employed by any of the Defendants as an Outside Plant Technician and assigned to a depot in either Brooklyn or the Bronx between October 4, 2011 and the date of the Court's Preliminary Approval order

or 60 calendar days from filing the preliminary approval motion, whichever is shorter.

(3) provisionally certifying the following settlement class under the Fair Labor Standards Act, 29 U.S.C. § 216(b) in connection with the settlement process:

    (a) all persons employed by any of the Defendants as an Outside Plant Technician and assigned to a depot in either Brooklyn or the Bronx between October 5, 2014 and the date of the Court's Preliminary Approval order or 60 calendar days from filing the preliminary approval motion, whichever is shorter.

(4) approving the proposed Notice to Plaintiffs attached to the Settlement Agreement as Exhibit D;

(5) appointing The Law Office of Christopher Q. Davis, PLLC, as Class Counsel;

(6) appointing RG2 Claims Administration as the Administrator; and

(7) approving the Parties' proposed schedule for final settlement approval.

Please find the Plaintiffs' **[Proposed] Order Granting Preliminary Approval and Settlement Hearing attached to the Settlement Agreement as Exhibit C**. Additionally, attached hereto as Exhibit 1, please find the parties **[Proposed] Schedule for Administration of Notices and Final Settlement Approval**, also incorporated by reference into Exhibit C of the Settlement Agreement.

Dated:  October 11, 2018
       New York, NY

                                    **THE LAW OFFICE OF**
                                    **CHRISTOPHER Q. DAVIS, PPLC**

                                    Christopher Q. Davis, Esq.
                                    Rachel M. Haskell, Esq.
                                    225 Broadway, Suite 1803
                                    New York, New York 10007
                                    Telephone: (646) 430-7932
                                    *Attorneys' for Plaintiffs' and Putative Class*